Witness of Filing Legal Mail Intended To CO RODGERS OF BILL CLEMENT
J. Gordon Shunklin Building Dallas, TX 75220

On January 4, 2019 I was A Victim Of An Assault On A Offender where I was Forced To Defend Myself After Nearly Being Tossed Over The Rail On 2 Row On Price Daniels. Evidence will Show That This Incident Occured On 1-4-19. With This Being Addressed Why was It Filed And Submitted Being That It Occured On 1-9-19 And After Bringing To The Attention Of Captain Hurt Of the Technicality It was not Dismissed And It Resulted In Me Losing My G2 Which was Given To Me On 1-18-19. After Filing A Step 1 And Step 2 I was Denied Proper Assistance On The Appeal And Also Denied An Investigation On Such Claims Violating My 14th Amendment (Due Process Clause). May I Have An Investigation Initiate To Have this Overturned And Also I Will Pursue A 1983, Which I Filed In January Of 2020, But The Mailroom Supervisor Of Bill Clemets Tampered With My Legal Mail As I Filed Various Civil Rights Claims Against Folling Units: Price Daniels, Gurney, Clements And Bill Clemets For A Heinous Amount Of My Rights Being Violated.

STATEMENTS ABOVE ARE FACTS SWORN UNDER THE OATH OF PERJURY.

X D—M   Deondrey Mason 2150067   9-25-20
Signature     Name and TDC#          Date:

2198087 Deaduing Mosn
Bill Clements
Red Spur St#
Amarillo, TX 79101

LEGAL AND CONFIDENTIAL MAIL

RECEIVED
OCT -6 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

7940184027

AMARILLO TX 791
01 OCT 2020 PM 1 T

NORTHERN DISTRICT
1205 Texas Ave. Rm 209
Lubbock TX 79401-4091

