IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| DEONDRAY RAYMOND MASON, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. 5:20-CV-00242-C |
| DIRECTOR, TDCJ-CID, | § | |
| Respondent. | § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is dismissed without prejudice.

Dated January 11, 2021.

*[signature]*

SAM R. CUMMINGS
Senior United States District Judge